UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 25-240-AS | Date | February 25, 2026 |
|---|---|---|---|
| Title | *Morteza Rezaei v. I.Q. Data International Inc., et. al.,* | | |

Present: The Honorable | Alka Sagar, United States Magistrate Judge

Alma Felix

Deputy Clerk | Court Reporter / Recorder

Attorneys Present for Plaintiff: | Attorneys Present for Defendants:

N/A | N/A

**Proceedings (In Chambers):**　　　**ORDER TO SHOW CAUSE**

On January 8, 2026, Plaintiff filed a notice of settlement. (Dkt. No. 54). On the same date, the Court plaintiff issued an order directing the parties to file a stipulation for dismissal of this case no later than February 23, 2026. (Dkt. No. 55).  On February 19, 2026, the Court denied Plaintiff's *Ex Parte* Request to extend the deadline for filing a stipulation of dismissal as to the remaining defendants in this case. (Dkt. No. 58). The stipulation for dismissal was due on **February 23, 2026**, and to date, Plaintiff has failed to file it.

For this reason, Plaintiff is ORDERED TO SHOW CAUSE in writing, within fourteen (14) days of the date of this Order, why this case should not be dismissed without prejudice for failure to obey a court order. *See* Fed. R. Civ. P. 41(b).

　　**IT IS SO ORDERED.**