UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 25-240-AS | Date | March 17, 2026 |
|---|---|---|---|
| Title | *Morteza Rezaei v. I.Q. Data International Inc., et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings (In Chambers):**     **SECOND ORDER TO SHOW CAUSE**

On February 25, 2026, the Court issued an ORDER TO SHOW CAUSE ("OSC") why this case should not be dismissed without prejudice for failure to obey a Court Order. (Dkt. No. 59). The Court noted that Plaintiff had filed a notice of settlement on January 8, 2026 (Dkt. No. 54), the Court had ordered the parties to file a stipulation for dismissal of this case no later than February 23, 2026. (Dkt. No. 55), and Plaintiff had failed to file the stipulation. (Dkt. No. 59). Plaintiff was ordered to show cause in writing within fourteen (14) days. Id. On February 25, 2026, Plaintiff filed a response to the OSC indicating that the stipulation would be filed no later than fourteen (14) days from February 25, 2026. (Dkt. No. 60, 60-1 at 2; Declaration of Amir Goldstein ¶ 8). The stipulation was due on March 11, 2026, and to date, Plaintiff has failed to file it, or otherwise communicate with the Court regarding the failure to do so.

For this reason, Plaintiff is ORDERED TO SHOW CAUSE in writing, within seven (7) days of the date of this Order, why this case should not be dismissed without prejudice for failure to obey a court order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**