JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MORTEZA REZAEI,

        Plaintiff,

  v.

I.Q. DATA INTERNATIONAL, INC., et al.

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: 2:25-CV- 00240-AS

ORDER OF DISMISSAL AS TO DEFEDANTS I.Q. DATA INTERNATIONAL, INC., 77FORTYFIVE PROPERTIES, LLC, WARREN PROPERTIES, INC., AND ENTIRE CASE

Pursuant to the Stipulation of dismissal filed by the Plaintiff on March 18, 2026, IT IS HEREBY ORDERED THAT Plaintiff's causes of action against Defendants I.Q. DATA INTERNATIONAL, INC., 77FORTYFIVE PROPERTIES, LLC and WARREN PROPERTIES, INC., are dismissed with prejudice. Further, the action is dismissed in its entirety. Each party shall bear its own costs and attorneys' fees.

    IT IS SO ORDERED.

Dated:  March 18, 2026

/s/
Honorable Alka Sagar
U.S. Magistrate Judge

Order of Dismissal